IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| H. CRAIG FABIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:11CV407 |
| | ) |
| TOWER PROPERTIES, LLC, | ) |
| | ) |
| Defendant. | ) |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of Plaintiff H. Craig Fabian, and with the agreement of Defendant Tower Properties, LLC, it is hereby

ORDERED that the above-styled action shall be, and hereby is, DISMISSED with prejudice and stricken from the docket of this Court.

The Clerk is instructed to send a copy of this Order to all counsel of record.

ENTER: 10 / 24 / 11

I ask for this:

/s/
Stephan M. Nitz
SCHWARTZ, ZWEBEN, LLP
3876 Sheridan Street
Hollywood, Florida 33021
(954) 966-2483
snitz@szalaw.com
*Counsel for Plaintiff F. Craig Fabian*

/s/
John A. Gibney, Jr.
United States District Judge

